UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br>     vs.<br><br>APPROXIMATELY $9,631.00 IN U.S. CURRENCY,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 07-1397 LJO GSA<br><br>**ORDER AFTER SETTLEMENT** |

The parties have informed this Court that settlement of this action has been reached.  Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than May 15, 2008, to file papers to dismiss this action in its entirety.

This Court VACATES all court dates and pending matters.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.  *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   March 31, 2008**                        **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE