```
McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-CV-01397-LJO-GSA |
| Plaintiff, ) | |
| v. ) | **FINAL JUDGMENT OF FORFEITURE** |
| APPROXIMATELY $9,631.00 IN U.S. ) CURRENCY, ) | |
| Defendant. ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against approximately $9,631.00 in U.S. Currency (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* was filed on September 21, 2007, seeking the forfeiture of the defendant currency, alleging said currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*.

3. On September 24, 2007, in accordance with said Complaint, a Warrant for Arrest of Articles *In Rem* for the defendant currency was issued and duly executed on October 1, 2007.

///

      4.      On October 19, 2007, a Public Notice of Arrest of the defendant currency appeared by publication in *The Business Journal*, a newspaper of general circulation in the county in which the defendant currency was seized (Fresno County).  The Proof of Publication was filed with the Court on November 23, 2007.

      5.      In addition to the Public Notice of Arrest having been completed, notice was served upon Rafael Bejar Zapata, Jr., Selene Rodriguez, and Richard Cervantes.  No one has filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

      6.      The Clerk of the Court entered Clerk's Certificates of Entry of Default against Selene Rodriguez and Richard Cervantes on January 7, 2008.

      7.      Potential Claimants Rafael Bejar Zapata, Jr., Selene Rodriguez, and Richard Cervantes represent and warrant that they are the sole owners of the defendant currency.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

      1.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

      2.      Judgment is hereby entered against potential claimants Rafael Bejar Zapata, Jr., Selene Rodriguez, Richard Cervantes, and all other potential claimants who have not filed claims in this action.

      3.      Upon entry of a Final Judgment of Forfeiture, $8,631.00 of the approximately $9,631.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

      4.      Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $1,000.00 of the approximately $9,631.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to Potential Claimant Rafael Bejar Zapata, Jr. through his attorney J.M. Irigoyen at 2131 Amador Street, Fresno, California 93721.

///

1        5.      Plaintiff United States of America and its servants, agents, and employees, and all
2 other public entities, their servants, agents, and employees, are released from any and all liability
3 arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant
4 currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or
5 damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.
6 The parties waive the provisions of California Civil Code § 1542.

7        6.      Pursuant to the stipulation of the parties, and the allegations set forth in the Verified
8 Complaint for Forfeiture *In Rem* filed September 21, 2007, the Court finds that there was reasonable
9 cause for the seizure and arrest of the defendant currency, and a Certificate of Reasonable Cause
10 pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

11        7.      All parties shall bear their own costs and attorneys' fees.

12        <u>CERTIFICATE OF REASONABLE CAUSE</u>

13        Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations
14 set forth in the Verified Complaint for Forfeiture *In Rem* filed September 21, 2007, the Court enters
15 this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause
16 for the seizure and arrest of the defendant currency.

17        IT IS SO ORDERED.

18 **Dated:   April 21, 2008**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE